# EXHIBIT C

Claim Chart for U.S. Patent No. US 8,078,498 vs. Finish Line

| # | Claim | Mapping - Evidence |
|---|---|---|
| [1pre] | 1. A method of displaying an article within a virtual showroom associated with a network server, comprising: | During the relevant time period, Finish Line infringed the claimed method of displaying an article within a virtual showroom associated with a network server (e.g., a web page associated with Finish Line).<br><br>Webpage details of Finish Line's website are displayed below. The Finish Line website included product images displayed as thumbnail images just below the main central display.<br><br><br><br>See, e.g., https://www.finishline.com/pdp/nike-sportswear-club-fleece-embroidered-hoodie/prod2767732/BV2654/410 (Nike Sportswear Club Fleece Embroidered Hoodie) retrieved on October 30, 2025. |

Claim Chart for U.S. Patent No. US 8,078,498 vs. Finish Line

<table>
<tr><td colspan="3"><br><br>See, e.g., https://www.finishline.com/pdp/nike-sportswear-club-fleece-embroidered-hoodie/prod2767732/BV2654/410 (Nike Sportswear Club Fleece Embroidered Hoodie) retrieved on October 30, 2025.</td></tr>
<tr><td>s[1.1]</td><td>providing, by a processor, a plurality of thumbnail images of said article, each image comprising an icon and representing a respective</td><td>Finish Line's website provided, by servers and/or computers with processors (including but not limited to the software, servers, and other processors necessary to work in the manner expected and intended by Finish Line), a plurality of thumbnail images of the article. The five thumbnail images are displayed in this non-limiting example, horizontally at the bottom of the screen for the article (Nike Sportswear Club Fleece</td></tr>
</table>

Claim Chart for U.S. Patent No. US 8,078,498 vs. Finish Line

| | perspective view of said article, | Embroidered Hoodie). |
|---|---|---|
| | | <br><br>See, e.g., https://www.finishline.com/pdp/nike-sportswear-club-fleece-embroidered-hoodie/prod2767732/BV2654/410 (Nike Sportswear Club Fleece Embroidered Hoodie) retrieved on October 30, 2025.<br><br>Web-site source code, downloaded from Finish Line's websites, shows that the thumbnail images are sourced from Finish Line's websites, as evident from the URL in the "src" property of each thumbnail image's <img> html tag.<br><br> |

Claim Chart for U.S. Patent No. US 8,078,498 vs. Finish Line

| | | See, e.g., https://www.finishline.com/pdp/nike-sportswear-club-fleece-embroidered-hoodie/prod2767732/BV2654/410 (Nike Sportswear Club Fleece Embroidered Hoodie) retrieved on October 30, 2025.<br><br>Each thumbnail comprises an icon and represents a respective perspective view of the clothing item (e.g., front, rear and side view). |
|---|---|---|
| [1.2] | allowing a user of said network server to select one of said plurality of thumbnail images for display in a master display field wherein each respective perspective view represents a different perspective view of the same said article, each respective perspective view being selected from the group consisting of front, rear, side, and isometric views; | Finish Line's website allowed a user of the network server to select one of said plurality of thumbnail images for displaying a master display field wherein each respective perspective view represents a different perspective or view of the same said article, each respective perspective view being selected from the group consisting of front, rear, side, and isometric views.<br><br>In the non-limiting example below, source code from the Finish Line's website demonstrates the website's display of the master display field (e.g., the field displaying a larger image or version of the thumbnail on the same page). The master display field below shows the larger version of the selected thumbnail. |

Claim Chart for U.S. Patent No. US 8,078,498 vs. Finish Line



See, e.g., https://www.finishline.com/pdp/nike-sportswear-club-fleece-embroidered-hoodie/prod2767732/BV2654/410 (Nike Sportswear Club Fleece Embroidered Hoodie) retrieved on October 30, 2025.

The user of Finish Line's website may select a different thumbnail for display in the master display field. Below, the second thumbnail is selected for display in the master display field.

Claim Chart for U.S. Patent No. US 8,078,498 vs. Finish Line



See, e.g., https://www.finishline.com/pdp/nike-sportswear-club-fleece-embroidered-hoodie/prod2767732/BV2654/410 (Nike Sportswear Club Fleece Embroidered Hoodie) retrieved on October 30, 2025.

These thumbnail images are selected from the group of different views of the same clothing item.

| [1.3] | Providing a distinctive characteristic to said one of said plurality of thumbnail images selected by said user; and | Finish Line's website provided a distinctive characteristic (e.g., an attribute applied to the thumbnail to distinguish it from other thumbnails) as to the selected thumbnail - which the user may select, (e.g., by clicking on the thumbnail). In this example, the distinctive characteristic is a black colored border line around the thumbnail image. |
|---|---|---|

Claim Chart for U.S. Patent No. US 8,078,498 vs. Finish Line



See, e.g., https://www.finishline.com/pdp/nike-sportswear-club-fleece-embroidered-hoodie/prod2767732/BV2654/410 (Nike Sportswear Club Fleece Embroidered Hoodie) retrieved on October 30, 2025.

The distinctive characteristics (here, black colored border line around the thumbnail image) are provided by Finish Line's source code, such as via the Finish Line website HTML code and/or CSS code downloaded to the client from Finish Line's servers.

Claim Chart for U.S. Patent No. US 8,078,498 vs. Finish Line



See, e.g., https://www.finishline.com/pdp/nike-sportswear-club-fleece-embroidered-hoodie/prod2767732/BV2654/410 (Nike Sportswear Club Fleece Embroidered Hoodie) retrieved on October 30, 2025.

Claim Chart for U.S. Patent No. US 8,078,498 vs. Finish Line

| [1.4] | displaying said selected one of said plurality of thumbnail images in said master display field. | Finish Line's website (as downloaded from Finish Line's servers) is responsible for displaying the selected thumbnail image in the master display field.<br><br><br><br>See, e.g., https://www.finishline.com/pdp/nike-sportswear-club-fleece-embroidered-hoodie/prod2767732/BV2654/410 (Nike Sportswear Club Fleece Embroidered Hoodie) retrieved on October 30, 2025. |
| [2] | 2. The method of claim 1, wherein | Finish Line's website included at least five thumbnail images of its articles. |

Claim Chart for U.S. Patent No. US 8,078,498 vs. Finish Line

| | said plurality of thumbnail images is equal to or greater than three. | <br><br>See, e.g., https://www.finishline.com/pdp/nike-sportswear-club-fleece-embroidered-hoodie/prod2767732/BV2654/410 (Nike Sportswear Club Fleece Embroidered Hoodie) retrieved on October 30, 2025. |
|---|---|---|
| [3] | 3. The method of claim 1, wherein | Finish Line's website included a thumbnails stack wherein the selected thumbnail image had a black |

Claim Chart for U.S. Patent No. US 8,078,498 vs. Finish Line

| | said distinctive characteristic includes a first color scheme of said one of said thumbnail images selected by said user, wherein each of said plurality of thumbnail images not selected by said user include a second color scheme. | colored border line around the thumbnail image while the non-selected thumbnail images do not have such border line around the thumbnail image.<br><br>Here, the first thumbnail is selected. As a result the first thumbnail has a black colored border line around the thumbnail image.<br><br><br><br>See, e.g., https://www.finishline.com/pdp/nike-sportswear-club-fleece-embroidered-hoodie/prod2767732/BV2654/410 (Nike Sportswear Club Fleece Embroidered Hoodie) retrieved on October 30, 2025.<br><br>Here, the second thumbnail is selected. As a result the second thumbnail has a black colored border line around the thumbnail image.<br><br><br><br>See, e.g., https://www.finishline.com/pdp/nike-sportswear-club-fleece-embroidered-hoodie/prod2767732/BV2654/410 (Nike Sportswear Club Fleece Embroidered Hoodie) retrieved on October 30, 2025. |
| [5] | 5. The method of claim 1, wherein a first thumbnail image of the plurality of thumbnail images of | Finish Line's website presented thumbnail images from a front perspective, while the third thumbnail represented a second perspective view of the same article from a rear view. |

Claim Chart for U.S. Patent No. US 8,078,498 vs. Finish Line

| | | |
|---|---|---|
| | said article represents a front perspective view of said article and a second thumbnail image of the plurality of thumbnail images of said article represents a perspective view of the same said article selected from the group consisting of rear, side, and isometric views. | <br><br>See, e.g., https://www.finishline.com/pdp/nike-sportswear-club-fleece-embroidered-hoodie/prod2767732/BV2654/410 (Nike Sportswear Club Fleece Embroidered Hoodie) retrieved on October 30, 2025. |
| [6] | 6. The method of claim 5, wherein the first perspective view is a front view and the second perspective view is selected from the group | Finish Line's website presented thumbnail images from a front perspective, while the third thumbnail represented a second perspective view of the same article from a rear view.<br><br>Here, the first thumbnail is selected which is displaying a frontal view of the clothing article. |

Claim Chart for U.S. Patent No. US 8,078,498 vs. Finish Line

| | | |
|---|---|---|
| | consisting of rear, side, and isometric views. | <br><br>See, e.g., https://www.finishline.com/pdp/nike-sportswear-club-fleece-embroidered-hoodie/prod2767732/BV2654/410 (Nike Sportswear Club Fleece Embroidered Hoodie) retrieved on October 30, 2025.<br><br><br>Here, the third thumbnail is selected which is displaying rear view of the clothing article. From the source code of particular product, it is clear that the selected thumbnail image is displayed in the central display area. |

Claim Chart for U.S. Patent No. US 8,078,498 vs. Finish Line



See, e.g., https://www.finishline.com/pdp/nike-sportswear-club-fleece-embroidered-hoodie/prod2767732/BV2654/410 (Nike Sportswear Club Fleece Embroidered Hoodie) retrieved on October 30, 2025.

| [7pre] | 7. A method of displaying a plurality of articles within a virtual showroom associated with a network server, comprising: | During the relevant time period, Finish Line infringed the claimed method of displaying an article within a virtual showroom associated with a network server (e.g., a web page associated with Finish Line). Webpage details of Finish Line's website are displayed below. The Finish Line website included product |

Claim Chart for U.S. Patent No. US 8,078,498 vs. Finish Line

| | | images displayed as thumbnail images just beside the main central display.  See, e.g., https://www.finishline.com/pdp/nike-sportswear-club-fleece-embroidered-hoodie/prod2767732/BV2654/410 (Nike Sportswear Club Fleece Embroidered Hoodie) retrieved on October 30, 2025. |
|---|---|---|

Claim Chart for U.S. Patent No. US 8,078,498 vs. Finish Line

<table>
<tr>
<td></td>
<td></td>
<td>

See, e.g., https://www.finishline.com/pdp/nike-sportswear-club-fleece-embroidered-hoodie/prod2767732/BV2654/410 (Nike Sportswear Club Fleece Embroidered Hoodie) retrieved on October 30, 2025.</td>
</tr>
<tr>
<td>[7.1]</td>
<td>providing, by a processor, a</td>
<td>Finish Line's website provided, by servers and/or computers with processors (including but not limited to</td>
</tr>
</table>

Claim Chart for U.S. Patent No. US 8,078,498 vs. Finish Line

| | plurality of thumbnail images, each thumbnail image comprising an icon and corresponding to one of said plurality of articles, | the software, servers, and other processors necessary to work in the manner expected and intended by Finish Line), a plurality of thumbnail images of the article. The five thumbnail images are displayed in this non-limiting example horizontally at the bottom of the screen for the article (Nike Sportswear Club Fleece Embroidered Hoodie). |
|---|---|---|
| | |  |
| | | See, e.g., https://www.finishline.com/pdp/nike-sportswear-club-fleece-embroidered-hoodie/prod2767732/BV2654/410 (Nike Sportswear Club Fleece Embroidered Hoodie) retrieved on October 30, 2025. |
| | | Web-site source code, downloaded from Finish Line's website, shows that the thumbnail images are sourced from Finish Line's websites, as evident from the URL in the "src" property of each thumbnail image's <img> html tag. |

Claim Chart for U.S. Patent No. US 8,078,498 vs. Finish Line



See, e.g., https://www.finishline.com/pdp/nike-sportswear-club-fleece-embroidered-hoodie/prod2767732/BV2654/410 (Nike Sportswear Club Fleece Embroidered Hoodie) retrieved on October 30, 2025.


Each thumbnail comprises an icon and represents a respective perspective view of the clothing item (e.g., front, rear and side view).

Claim Chart for U.S. Patent No. US 8,078,498 vs. Finish Line

| [7.2] | allowing a user of said network server to select one of said plurality of thumbnail images for display within a master display field wherein each respective perspective view represents a different perspective view of the same said article, each respective perspective view being selected from the group consisting of front, rear, side, and isometric views; | Finish Line's website allowed a user of the network server to select one of said plurality of thumbnail images for displaying within a master display field wherein each respective perspective view represents a different perspective or view of the same said article, each respective perspective view being selected from the group consisting of front, rear, side, and isometric views.<br><br>In the non-limiting example below, source code from Finish Line's website demonstrates the website's display of the master display field (e.g., the field displaying a larger image or version of the thumbnail on the same page). The master display field below shows the larger version of the first thumbnail.<br><br><br><br>See, e.g., https://www.finishline.com/pdp/nike-sportswear-club-fleece-embroidered-hoodie/prod2767732/BV2654/410 (Nike Sportswear Club Fleece Embroidered Hoodie) retrieved on October 30, 2025. |

Claim Chart for U.S. Patent No. US 8,078,498 vs. Finish Line

| | | |
|---|---|---|
| | | The user of Finish Line's website may select a different thumbnail for display in the master display field. Below, the second thumbnail image is selected for display in the master display field. From the source code of particular product, it is clear that the selected thumbnail image is displayed in the central display area.<br><br><br><br>See, e.g., https://www.finishline.com/pdp/nike-sportswear-club-fleece-embroidered-hoodie/prod2767732/BV2654/410 (Nike Sportswear Club Fleece Embroidered Hoodie) retrieved on October 30, 2025.<br><br>These thumbnail images are selected from the group of different views of the clothing item. |
| [7.3] | Providing a distinctive characteristic | Finish Line's website provided a distinctive characteristic (e.g., an attribute applied to the thumbnail to |

Claim Chart for U.S. Patent No. US 8,078,498 vs. Finish Line

| to said one of said plurality of thumbnail images selected by said user; and | distinguish it from other thumbnails) as to the selected thumbnail - which the user may select, (e.g., by clicking on the thumbnail). In this example, the distinctive characteristic is a black colored border line around the thumbnail image.  See, e.g., See, e.g., https://www.finishline.com/pdp/nike-sportswear-club-fleece-embroidered-hoodie/prod2767732/BV2654/410 (Nike Sportswear Club Fleece Embroidered Hoodie) retrieved on October 30, 2025. The distinctive characteristics (here, black colored border line around the thumbnail image) are provided by Finish Line's source code, such as via the Finish Line website HTML code and/or CSS code downloaded to the client from Finish Line's servers. |
|---|---|

Claim Chart for U.S. Patent No. US 8,078,498 vs. Finish Line



See, e.g., https://www.finishline.com/pdp/nike-sportswear-club-fleece-embroidered-hoodie/prod2767732/BV2654/410 (Nike Sportswear Club Fleece Embroidered Hoodie) retrieved on October 30, 2025.

Claim Chart for U.S. Patent No. US 8,078,498 vs. Finish Line

| [7.4] | displaying said selected one of said plurality of thumbnail images in said master display field. | Finish Line's website (as downloaded from Finish Line's servers) is responsible for displaying the selected thumbnail image in the master display field.<br><br><br><br>See, e.g., https://www.finishline.com/pdp/nike-sportswear-club-fleece-embroidered-hoodie/prod2767732/BV2654/410 (Nike Sportswear Club Fleece Embroidered Hoodie) retrieved on October 30, 2025. |
| [8] | 8. The method of claim 7, wherein | Finish Line's website included at least five thumbnail images of its articles. |

Claim Chart for U.S. Patent No. US 8,078,498 vs. Finish Line

| | said plurality of thumbnail images is equal to or greater than three. | See, e.g., https://www.finishline.com/pdp/nike-sportswear-club-fleece-embroidered-hoodie/prod2767732/BV2654/410 (Nike Sportswear Club Fleece Embroidered Hoodie) retrieved on October 30, 2025. |
|---|---|---|
| [9] | 9. The method of claim 7, wherein said distinctive characteristic | Finish Line's website included a thumbnails stack wherein the selected thumbnail image had a black colored border line around the thumbnail image while the non-selected thumbnail images do not have such border |

Claim Chart for U.S. Patent No. US 8,078,498 vs. Finish Line

| | | |
|---|---|---|
| | includes a first color scheme of said one of said thumbnail images selected by said user, wherein each of said plurality of thumbnail images not selected by said user include a second color scheme | line around the thumbnail image.<br><br>Here, the first thumbnail is selected. As a result the first thumbnail has a black colored border line around the thumbnail image.<br><br>    <br><br>See, e.g., https://www.finishline.com/pdp/nike-sportswear-club-fleece-embroidered-hoodie/prod2767732/BV2654/410 (Nike Sportswear Club Fleece Embroidered Hoodie) retrieved on October 30, 2025.<br><br>Here, the second thumbnail is selected. As a result the second thumbnail has a black colored border line around the thumbnail image.<br><br>    <br><br>See, e.g., https://www.finishline.com/pdp/nike-sportswear-club-fleece-embroidered-hoodie/prod2767732/BV2654/410 (Nike Sportswear Club Fleece Embroidered Hoodie) retrieved on October 30, 2025. |
| [11pre] | 11. A method of displaying an article within a virtual showroom associated with a network server, comprising: | During the relevant time period, Finish Line infringed the claimed method of displaying an article within a virtual showroom associated with a network server (e.g., a web page associated with Finish Line).<br><br>Webpage details of Finish Line's website are displayed below. The Finish Line website included product |

Claim Chart for U.S. Patent No. US 8,078,498 vs. Finish Line

| | | images displayed as thumbnail images just beside the main central display. |
| --- | --- | --- |
| | |  |
| | | See, e.g., https://www.finishline.com/pdp/nike-sportswear-club-fleece-embroidered-hoodie/prod2767732/BV2654/410 (Nike Sportswear Club Fleece Embroidered Hoodie) retrieved on October 30, 2025. |

Claim Chart for U.S. Patent No. US 8,078,498 vs. Finish Line



See, e.g., https://www.finishline.com/pdp/nike-sportswear-club-fleece-embroidered-hoodie/prod2767732/BV2654/410 (Nike Sportswear Club Fleece Embroidered Hoodie) retrieved on October 30, 2025.

Claim Chart for U.S. Patent No. US 8,078,498 vs. Finish Line

| [11.1] | providing, by a processor, a first thumbnail image representing a first perspective view of an article, wherein the first perspective view is selected from the group consisting of front, rear, side, and isometric views; | Finish Line's website provided, by servers and/or computers with processors (including but not limited to the software, servers, and other processors necessary to work in the manner expected and intended by Finish Line), a plurality of thumbnail images of the article. The five thumbnail images are displayed in this non-limiting example horizontally at the bottom of the screen for the article (Nike Sportswear Club Fleece Embroidered Hoodie).<br><br><br><br>See, e.g., https://www.finishline.com/pdp/nike-sportswear-club-fleece-embroidered-hoodie/prod2767732/BV2654/410 (Nike Sportswear Club Fleece Embroidered Hoodie) retrieved on October 30, 2025.<br><br>The first perspective view of the clothing item is a frontal view. |
| --- | --- | --- |
| [11.2] | providing, by the processor, a | Finish Line's website provided, by servers and/or computers with processors (including but not limited to |

Claim Chart for U.S. Patent No. US 8,078,498 vs. Finish Line

| | | |
|---|---|---|
| | second thumbnail image comprising an icon and representing a second perspective view of the same article, wherein the second perspective view is from a different perspective than the first perspective view and is selected from the group consisting of front, rear, side, and isometric views; | the software, servers, and other processors necessary to work in the manner expected and intended by Finish Line), a second thumbnail image representing a second perspective view of an article. Thumbnail images were displayed, in this non-limiting example, horizontally at the bottom of the screen for the article (Nike Sportswear Club Fleece Embroidered Hoodie).<br><br>Below, the third thumbnail is selected for display in the master display field. From the source code of particular product, it is clear that the selected thumbnail image is displayed in the central display area.<br><br><br><br>See, e.g., https://www.finishline.com/pdp/nike-sportswear-club-fleece-embroidered-hoodie/prod2767732/BV2654/410 (Nike Sportswear Club Fleece Embroidered Hoodie) retrieved on October 30, 2025.<br><br>The third thumbnail of the clothing item is a rear view. |
| [11.3] | providing an interface operable to allow a user of a network to select | Finish Line's website provided an interface operable to allow a user of the network to select one of the first or second thumbnail images for display in a master field.  For example, users can navigate to the |

Claim Chart for U.S. Patent No. US 8,078,498 vs. Finish Line

| | | |
|---|---|---|
| | one of the first or second thumbnail images for display in a master field; and | thumbnail with their mouse hover over the thumbnail image, and select the image by clicking the thumbnail for display in a master field.<br><br><br><br>See, e.g., https://www.finishline.com/pdp/nike-sportswear-club-fleece-embroidered-hoodie/prod2767732/BV2654/410 (Nike Sportswear Club Fleece Embroidered Hoodie) retrieved on October 30, 2025. |
| [11.4] | Displaying the selected one of the first or second thumbnail images in the master display field in response | Finish Line's website displayed the selected first or second thumbnail images in the master display field in response to the user's selection. In this example, the second thumbnail image is displayed in the master display field after the user's selection of that thumbnail. From the source code of particular product, it is |

Claim Chart for U.S. Patent No. US 8,078,498 vs. Finish Line

| to the user's selection. | clear that the selected thumbnail image is displayed in the central display area.  See, e.g., https://www.finishline.com/pdp/nike-sportswear-club-fleece-embroidered-hoodie/prod2767732/BV2654/410 (Nike Sportswear Club Fleece Embroidered Hoodie) retrieved on October 30, 2025. |
|---|---|